NEW ROCHELLE TRUST COMPANY, as Trustee under a Deed of Trust Dated the 27th day of November, 1918, Made by MARY A. VARIAN, Appellant, v. EMMA

GRACE MEFFERT and Others, Defendants, and EMMA GRACE MEFFERT and MARY ANN MEFFERT, Infants, etc., by SILAS S. CLARK, Their Guardian ad Litem, Respondent.— Action by a trustee for the settlement of its account. Judgment, in so far as appealed from, unanimously affirmed, with costs to respondent payable out of the trust estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.